UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

---

JESSICA CHITTUM, on behalf of herself
and all others similarly situated,

      Plaintiff,

v.             Case No. 5:24-CV-00082
NATIONAL LUTHERAN INC. d/b/a
NATIONAL LUTHERAN COMMUNITIES &
SERVICES, and
THE LEGACY AT NORTH AUGUSTA INC.,

      Defendants.

### JOINT MOTION FOR PRELIMINARY CERTIFICATION AND APPROVAL OF SETTLEMENT CLASS

---

  Plaintiff Jessica Chittum ("Plaintiff") on behalf of herself and all others similarly situated ("Plaintiffs"), and Defendants National Lutheran, Inc. d/b/a National Lutheran Communities & Services, and The Legacy At North Augusta, Inc.,("Defendants" or "NLI") respectfully move the Court to (1) preliminarily certify the proposed Settlement Class (called "Settlement Collective") identified below solely and exclusively for the purpose of settlement consistent with Rule 23 of the Federal Rules of Civil Procedure; (2) preliminarily approve the Settlement Agreement ("Agreement") between the Parties; and (3) set a fairness hearing to address the same. A copy of the Agreement is attached as Exhibit 1 to this Motion.

  The proposed Settlement Collective is defined as 413 individuals meeting the following definition:

All current and former non-exempt employees of NLI or its affiliates who were employed in Maryland, Pennsylvania or Virginia during the applicable Damages Period (October 11, 2021 and December 6, 2024) and who are eligible to participate in this settlement, including the Maryland Wage Class Members, Pennsylvania Wage Class Members and Virginia Wage Class Members, as defined in the Settlement Agreement.. Specifically, these individuals have been identified by the Parties as meeting the criteria for the FLSA Collective as defined in the complaint in the Action, and who have FLSA unpaid overtime wage damages calculations arising from the facts alleged in the Action greater than or equal to one dollar. They are identified on Exhibit A to the Settlement Agreement.

If the Court grants preliminary approval, the Settlement Administrator selected by the Parties will distribute the Notice of Settlement of Class and Collective Action Lawsuit, Allocation and Release (the "Proposed Notice") and accompanying forms to Settlement Class Members. A copy of the Proposed Notice to the 413 individuals identified above is attached as Exhibit B to the Agreement. Once the Notice Period has concluded, the Parties will appear before the Court for final approval of the settlement.

This Motion is based on the accompanying Memorandum of Law, Declaration of Tim Coffield, the associated exhibits, and the entire record of this action.

Respectfully submitted,

JESSICA CHITTUM, on behalf of herself and others similarly situated,
By Counsel

/s/Timothy Coffield
Timothy Coffield (VSB 83430)
COFFIELD PLC
106-F Melbourne Park Circle
Charlottesville, VA 22901
P: (434) 218-3133
F: (434) 321-1636
tc@coffieldlaw.com

Counsel for Plaintiff

NATIONAL LUTHERAN INC. d/b/a NATIONAL LUTHERAN COMMUNITIES & SERVICES, and THE LEGACY AT NORTH AUGUSTA INC.,
By Counsel

/s/ Jessica Summers
Jessica Summers (VSB #84513)
7600 Wisconsin Ave, Suite 700
Bethesda, MD 20814
Tel: (301) 657-3442
jbsummers@lerchearly.com

Counsel for Defendants


## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2025 , I electronically filed the foregoing document with the clerk of the court using the electronic case filing system which will send notice of the same to all counsel of record.

/s/ Timothy Coffield